NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

**CLEAR FORM**

Gregory S. Gilchrist (SBN 111536)

VERSO LAW GROUP LLP

565 Commercial Street, 4th Fl.

San Francisco, CA 94111

Telephone: (415) 534-0495

ATTORNEY(S) FOR:  Hoopla.com, Inc. and Deron Quon

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Midwest Tape, LLC <br><br><br> Plaintiff(s), <br> v. <br><br> Hoopla.com, Inc., et al. <br><br><br> Defendant(s) | CASE NUMBER: <br><br> 2:25-cv-0P3594-FLA-PD <br><br><br> **CERTIFICATION AND NOTICE** <br> **OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                    Hoopla.com, Inc. and Deron Quon
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| No interested parties to report. | |

| | |
|---|---|
| 8/25/2025 | /s/ Gregory S. Gilchrist |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Hoopla.com, Inc. and Deron Quon