HANSON BRIDGETT LLP
RAFFI V. ZEROUNIAN, SBN 236388
rzerounian@hansonbridgett.com
JUSTIN P. THIELE, SBN 311787
Jthiele@hansonbridgett.com
601 W. 5th Street, Suite 300
Los Angeles, California 90071
Telephone:  (213) 395-7620

THAD CHALOEMTIARANA (admitted *pro hac vice*)
tc@pattishall.com
SETH I. APPEL
sia@pattishall.com
DANIEL S. HESS (admitted *pro hac vice*)
dsh@pattishall.com
PATTISHALL, McAULIFFE, NEWBURY,
 HILLIARD & GERALDSON LLP
200 S. Wacker Drive, Suite 2900
Chicago, Illinois 60606
Telephone: (312) 554-8000
Facsimile: (312) 554-8015

*Attorneys for Plaintiff*
Midwest Tape, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

|  |  |
|---|---|
| MIDWEST TAPE, LLC, an Ohio Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>HOOPLA.COM, INC., a California corporation; and DERON QUON, an individual,<br><br>Defendants. | Case No. 2:25-cv-3594-FLA-PD<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge:  Hon. Fernando L. Aenlle-Rocha |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and this Court's Local Rule 41, Plaintiff, Midwest Tape, LLC, and Defendants, Hoopla.com, Inc. and Deron Quon, hereby stipulate to dismiss all claims in this case with prejudice, and with each party to bear its own attorneys' fees and costs. A proposed order of dismissal is submitted herewith.

| | | |
|---|---|---|
| 1 | DATED: January 15, 2026 | HANSON BRIDGETT LLP |

By:  /s/ Justin Thiele
RAFFI V. ZEROUNIAN
JUSTIN P. THIELE

Thad Chaloemtiarana
Seth I. Appel
Daniel S. Hess
PATTISHALL, MCAULIFFE,
NEWBURY, HILLIARD & GERALDSON LLP

*Attorneys for Plaintiff*
MIDWEST TAPE, LLC

DATED: January 15, 2026   VERSO LAW GROUP LLP

By:  /s/ Gregory S. Gilchrist
Gregory S. Gilchrist
Ryan Bricker
Sophy J. Tabandeh
Paymaneh Parhami
Kourtney Speer

Attorneys for Defendants
HOOPLA.COM INC. and DERON QUON

**L.R. 5-4.3.4(a)(2)(i) Certification**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this stipulation and have authorized the filing of this stipulation.

DATED: January 15, 2026                HANSON BRIDGETT LLP

By:    /s/ Justin Thiele
RAFFI V. ZEROUNIAN
JUSTIN P. THIELE

Thad Chaloemtiarana
Seth I. Appel
Daniel S. Hess
PATTISHALL, MCAULIFFE, NEWBURY, HILLIARD & GERALDSON LLP

*Attorneys for Plaintiff*
MIDWEST TAPE, LLC