# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MIDWEST TAPE, LLC, an Ohio Limited Liability Company,<br><br>    Plaintiff,<br><br>    v.<br><br>HOOPLA.COM, INC., a California corporation; and DERON QUON, an individual,<br><br>    Defendants. | Case No. 2:25-cv-3594-FLA-PD<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Judge: Hon. Fernando L. Aenlle-Rocha |

This Court, having considered the parties' Joint Stipulation of Dismissal with Prejudice, grants the stipulation to dismiss this action in its entirety with prejudice and with each party bearing its own attorneys' fees and costs.

IT IS THEREFORE ORDERED that this action is dismissed in its entirety with prejudice, with each party to bear its own attorneys' fees and costs.

DATED: _____

_____
HON. FERNANDO L. AENLLE-ROCHA
United States District Judge