JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIDWEST TAPE, LLC, <br> Plaintiff, <br> v. <br> HOOPLA.COM, INC., *et al.*, <br> Defendants. | Case No. 2:25-cv-03594-FLA (PDx) <br><br> **ORDER DISMISSING ACTION [DKT. 34]** |

1  On January 15, 2026, the parties filed a Stipulation for Dismissal with Prejudice ("Stipulation"), stating the parties had agreed to dismissal of the action with prejudice. Dkt. 34.

Having considered the Stipulation and finding good cause therefor, the court hereby APPROVES the Stipulation and ORDERS as follows:

1. All deadlines governing this action are VACATED.
2. The court DISMISSES the action with prejudice.
3. The parties are to bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated: January 21, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge